IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE S. BRODSKY,<br>Individually and as the representative of<br>a class of similarly-situated persons<br><br>Plaintiff,<br><br>vs.<br><br>HUMANADENTAL INSURANCE<br>COMPANY d/b/a HUMANA SPECIALTY<br>BENEFITS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.: 10-cv-3233<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant HUMANADENTAL INSURANCE COMPANY ("HumanaDental") incorrectly sued as "HUMANADENTAL INSURANCE COMPANY d/b/a HUMANA SPECIALTY BENEFITS," by its attorneys, William A. Chittenden III, Vittorio F. Terrizzi, and Chittenden, Murday & Novotny LLC, in accordance with 28 U.S.C. §1446, submits this Notice of Removal for removal of this action from the Circuit Court of Cook County, Illinois, County Department, Chancery Division to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §1441(b). In support of its Notice of Removal, Defendant HumanaDental states as follows:

1. This civil action was filed on or about March 18, 2010, in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, as Cause No. 10 CH 11306.

2. The Summons and Complaint were first served on Defendant HumanaDental on April 29, 2010.

3. This Notice of Removal is being filed within thirty (30) days after the date that Defendant HumanaDental was first served with the Summons and Complaint setting forth Plaintiff's claims for relief.

4. The action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331 and Defendant HumanaDental is entitled to remove to this Court pursuant to 28 U.S.C. §1441(b) in that Plaintiff brings claims against Defendant HumanaDental pursuant to the Telephone Consumer Protection Act, 47 USC § 227, for fax transmissions allegedly received by Plaintiff in violation of that statute. *Brill v. Countrywide Home Loans, Inc.* 427 F.3d 446, 450-1 (7th Cir. 2005).

5. Plaintiff also asserts claims of common law conversion and violation of the Illinois Consumer Fraud, Deceptive Business Practices Act, 815 ILCS 505/2 and unidentified "Consumer Protection Statutes of the States in which other Class Members Reside", all of which are so related to the 47 USC § 227 claim that they form part of the same case or controversy under Article III of the United States Constitution. Accordingly, this Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367.

6. In accordance with 28 U.S.C. §1446(a), Defendant HumanaDental states that the following documents constitute all the process, pleadings and orders served upon Defendant HumanaDental:

      A. Summons;
      B. Class Action Complaint; and
      C. Plaintiff's Motion for Class Certification.

True and correct copies of the aforementioned documents are attached hereto and made a part hereof as Exhibits A, B, and C, respectively.

7. A true and correct copy of this Notice of Removal shall be filed with the Clerk of the Circuit Court of Cook County, Illinois, County Department, Chancery Division, in accordance with 28 U.S.C. §1446(d).

**DATED:** May 26, 2010.

               Respectfully submitted,

               **HUMANADENTAL INSURANCE COMPANY**

          By: s/Vittorio F. Terrizzi
             One of its Attorneys

William A. Chittenden III
Vittorio F. Terrizzi
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
O:\HU832\41238 Brodsky\Pleadings - Humana Dental\notice of removal - fed.doc

3