## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Lawrence S. Brodsky

                        Plaintiff,

v.                                         Case No.: 1:10–cv–03233
                                                                Honorable John Robert Blakey

HumanaDental Insurance Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Status and motion hearing held on 8/29/2017. Case is hereby stayed until 9/28/2017. Status hearing set for 9/28/2017 at 10:00 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.